

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00785-CV

Maria **TIJERINA** and Tiburcia Holguin,
Appellants

v.

Jose **GOMEZ**, German Gomez, Jorge Humberto Valadez Jr. and Sonia Frausto,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-05-26518-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

The clerk's record and reporter's record were originally due to be filed in this appeal on December 13, 2013.   On December 18, 2013, this court notified the trial court clerk and the court reporter that the records were late.  Both the trial court clerk and court reporter have filed notifications of late record in this appeal, stating that the records have not been filed because appellant has failed to pay or make arrangements to pay the fees for preparing the records and that appellant is not entitled to appeal without paying the fees.  On December 31, 2013, appellant's attorney filed a letter in this court stating his intent to have the trial court reconsider appellant's indigence status.  Based on informal inquiries made by our clerk's office, this court has been informed that the motion to reconsider has set for a hearing on February 10, 2014.

It is therefore ORDERED that appellant provide written proof to this court no later than February 17, 2014 that either (1) the clerk's and reporter's fees have been paid or arrangements have been made to pay the fees; or (2) appellant is entitled to appeal without paying the fees.  If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.



Keith E. Hottle
Clerk of Court